FILED
JUN 10 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:24-CT-3147-D
(To be filled out by Clerk's Office only)

Curtis Dale Richardson

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number N/A

-against-

Individual and officially
Columbus County Sheriff's Office
Jail Detention Officers et al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☒ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

CURTIS RICHARDSON

Name

N/A

Prisoner ID #

Place of Detention

N/A AT HOME NOW

Institutional Address

N/A

City State Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

NONE

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: ______________________________
Name

______________________________
Current Job Title

______________________________
Current Work Address

______________________________
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2: ______________________________
Name

______________________________
Current Job Title

______________________________
Current Work Address

______________________________
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: COLUMBUS COUNTY SHERIFF AND DETENTION CENTER BOOKING AND RELEASE PERSONNEL

Name

Current Job Title SHERIFF AND SHERIFF'S DETENTION STAFF

Current Work Address 805 WASHINGTON ST WHITEVILLE NC 28472

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: ______________________________

Name

______________________________

Current Job Title

______________________________

Current Work Address

______________________________

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: COLUMBUS COUNTY DETENTION CENTER WHITEVILLE, N.C

Date(s) of occurrence: 2/9/2023

State which of your federal constitutional or federal statutory rights have been violated:

FOURTH AMENDMENT RIGHT OF PEOPLE NOT TO BE SUBJECT TO UNREASONABLE SEARCH AND SEIZURES

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

ON 2/9/2023 I WAS ARRESTED AND BOOKED INTO THE COLUMBUS COUNTY. ON THAT SAME DATE MY BOND WAS POSTED BY PRICILLA'S BAIL BONDS AND ANOTHER BONDSMAN WHOM IS ALSO A UNITED STATES MARSHAL.

HOWEVER THE DETENTION CENTER STAFF DID NOT RELEASE ME UNTIL 2/12/2023. I HAD NO WARRANTS OR HOLDS FOR ANOTHER DETENTION TO JUSTIFY BEING HELD FOR ADDITIONAL (3) DAYS.

I LOST WAGES OF APPOX (2) 2,800 DOLLARS AS I OWN A BUSINESS (RICHARDSON PROFESSIONAL SERVICES)

CLAIM # 2

What happened to you?

ON 2/9/2023 MEMBERS OF THE COLUMBUS COUNTY SHERIFF'S DEPT AFTER THE ARREST IN CLAIM #1 CONFISCATED $1,000 AND HAS THUS FAR REFUSED TO RETURN MY MONEY TO ME

When did it happen to you?

Where did it happen to you?

What was your injury?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

I FILED A LAWSUIT IN THE MAGISTRATE COURT IN COLUMBUS COUNTY WHICH THE COURT DISMISSED DUE ONLY LACK OF JURISDICTION

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

DISMISSED DUE TO LACK OF JURISDICTION

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

50,000 DOLLARS FOR CLAIM #1

10,000 DOLLARS FOR CLAIM #2

[signature]

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☐ No

If yes, how many? ____________________

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

5/30/2024 [signature]

Dated Plaintiff's Signature

CURTIS RICHARDSON

Printed Name

N/A

Prison Identification #

NOT IN PRISON

Prison Address City State Zip Code

MY ADDRESS IS 1325 HWY #9 BUSINESS WEST, LORIS S.C. 29569