IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-3147-D

| | | |
|---|---|---|
| CURTIS DALE RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COLUMBUS COUNTY SHERIFF'S | ) | |
| OFFICE and JAIL DETENTION | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

On June 10, 2024, Curtis Dale Richardson ("Richardson" or "plaintiff"), proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On April 25, 2025, the court reviewed the complaint and dismissed the action without prejudice [D.E. 7]. On the same date, the clerk entered judgment [D.E. 8]. Richardson moves for reconsideration [D.E. 9].

Richardson names Columbus County Sheriff A. Rogers ("Rogers") as the proper defendant and seeks reconsideration of the dismissal of his claims that Rogers continued to detain him for three days after he posted bond and failed to return $1,000 that was confiscated from him. See [D.E. 9] 1–3; see also Alcocer v. Mills, 906 F.3d 944, 953 (11th Cir. 2018); Cruz v. Green, 352 F.Supp.3d 1213, 1219 (S.D. Fla. Jan. 7, 2019) (unpublished). The court has considered Richardson's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The court grants the motion and allows Richardson to proceed with his claims against Rogers.

In sum, the court GRANTS plaintiff's motion for reconsideration [D.E. 9], VACATES the judgment [D.E. 8], and ALLOWS plaintiff to proceed with his claims against defendant Rogers. The court DIRECTS the clerk to add Rogers to the docket and to continue management of the case, including issuance of summons. The court DIRECTS the United States Marshal Service to make service pursuant to 28 U.S.C. § 1915(d).

SO ORDERED. This 22 day of January, 2026.

JAMES C. DEVER III
United States District Judge

2